Neil Sparber
Douglas P. Catalano
Fulbright & Jaworski L.L.P.
666 Fifth Ave. 31st Floor
New York, New York 10103
(212) 318-3000
nsparber@fulbright.com
dcatalano@fulbright.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE REFUGIO CARRERA on his own behalf and,
on behalf of others similarly situated,            Index No.: 08-1718 (JSR)

        Plaintiff,                **NOTICE OF APPEARANCE**

        -against-

S.M.E. HOLDING CORP., d.b.a KEY FOOD,
and SALVATORE BONAVITA, an individual,

        Defendants.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that the undersigned counsel, who is admitted to practice before this Court, hereby appears for defendants S.M.E. Holding Corp. and Salvatore Bonavita in this matter:

        Neil G. Sparber
        Fulbright & Jaworski L.L.P.
        666 Fifth Avenue
        New York, New York  10103
        (212) 318-3000
        nsparber@fulbright.com

Dated: New York, New York
      April 21, 2008

                                      FULBRIGHT & JAWORSKI L.L.P.

                                      By: /s/ Neil G. Sparber
                                      Neil G. Sparber
                                      Douglas P. Catalano
                                      666 Fifth Avenue
                                      New York, New York  10103
                                      (212) 318-3000
                                      dcatalano@fulbright.com
                                      nsparber@fulbright.com

                                      Attorneys for Defendants