Rakoff, J

Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE REFUGIO CARRERA on his own behalf and,
on behalf of others similarly situated,

        Plaintiff,

-against-

S.M.E. HOLDING CORP., d.b.a KEY FOOD,
and SALVATORE BONAVITA, an individual,

        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08

Index No.: 08-1718 (JSR)

STIPULATION AND ORDER OF DISMISSAL

Electronically Filed

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, and each party is to bear its own costs.

Dated: May 2, 2008

HELEN F. DALTON & ASSOCIATES, P.C.

By: _____
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9591
Attorneys for Plaintiff

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Neil Sparber
666 Fifth Ave. 31st Floor
New York, New York 10103
(212) 318-3000
Attorneys for Defendants

SO ORDERED.
Dated: 5/7/08, 2008

_____
United States District Judge